# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>EDGAR LOPEZ, JR. (15),<br><br>　　　　　　　　　　Defendant. | Case No.: 22-cr-0863-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On August 4, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for August 11, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 706] and sets the Motion Hearing/Trial Setting on October 6, 2023, at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. On August 4, 2023, a plea agreement was lodged before the Court and a change of plea hearing is set for August 24, 2023.

Accordingly, the Court finds that time from August 11, 2023, to October 6, 2023, shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

IT IS SO ORDERED.

Dated: 7/7/23

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE

22-cr-0863-JO